UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND KIETSATHIT et al., | No. 2:24-cv-02493-DAD-JDP |
| Plaintiffs, | |
| v. | ORDER REMANDING ACTION TO THE SACRAMENTO COUNTY SUPERIOR COURT PURSUANT TO THE STIPULATION OF THE PARTIES |
| CENTRAL TRANSPORT LLC, | |
| Defendant. | (Doc. No. 12) |

On February 6, 2026, the parties stipulated to remand this action back to the Sacramento County Superior Court where this action was originally filed. (Doc. No. 12.) Accordingly, pursuant to the parties' stipulation and good cause appearing, this action is REMANDED to the Sacramento County Superior Court. All future dates and deadlines set in this action, if any, are hereby VACATED. The Clerk of the Court is directed to CLOSE this case.

IT IS SO ORDERED.

Dated:   **February 9, 2026**            _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

1